This decision of the Supreme Court of New Mexico was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Supreme Court.

## IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

**Filing Date: December 4, 2025**

**No. S-1-SC-40713**

**GENO A. BACA,**

      Petitioner,

v.

**JESSICA VIGIL RICHARDS, Warden,**

      Respondent.

**ORIGINAL PROCEEDING ON CERTIORARI**
**Stan Whitaker, District Judge**

Geno A. Baca
Pro se
Los Lunas, NM

for Petitioner

Raúl Torrez, Attorney General
Albuquerque, NM

for Respondent

### DISPOSITIONAL ORDER OF REMAND

**VIGIL, Justice.**

**{1}** WHEREAS, this matter came before the Court on petition for writ of certiorari under Rule 12-501 NMRA seeking review of the Second Judicial District Court's order denying, among other things, Petitioner's request for release from indeterminate sex-offender parole as the remedy for failure to hold a timely duration review hearing as required by NMSA 1978, Section 31-21-10.1(C) (2007);

**{2}** WHEREAS, the Court ordered that this case be held in abeyance pending the Court's disposition of *Aragon v. Martinez*, S-1-SC-39172;

**{3}** WHEREAS, this Court has now issued an opinion and mandate in *Aragon v. Martinez*, \_\_\_-NMSC-\_\_\_, \_\_\_ P.3d \_\_\_ (S-1-SC-39172, July 14, 2025) (mandate filed Aug. 18, 2025);

**{4}** WHEREAS, the opinion in *Aragon* addresses and significantly affects the issue of law presented in this case about the appropriate remedy for the failure to hold a timely duration review hearing;

**{5}** WHEREAS, the Court has reviewed the other issues raised in the petition and concludes that they should be denied; and

**{6}** WHEREAS, the Court exercises its discretion under Rule 12-405(B)(1) NMRA to dispose of this case by nonprecedential order rather than a formal opinion;

**{7}** NOW, THEREFORE, IT IS ORDERED that the abeyance is VACATED and this matter is REMANDED to the district court to reconsider Petitioner's right to habeas relief in accordance with *Aragon*, \_\_\_-NMSC-\_\_\_, ¶ 42; and

**{8}** IT IS FURTHER ORDERED that all other issues raised in the petition are DENIED.

**{9}** **IT IS SO ORDERED.**

**MICHAEL E. VIGIL, Justice**

**WE CONCUR:**

**DAVID K. THOMSON, Chief Justice**

**C. SHANNON BACON, Justice**

**JULIE J. VARGAS, Justice**

**BRIANA H. ZAMORA, Justice**